## UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

### Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s):    **Nikola Corporation , ;**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Amy Wilkins Hoffman ,**
Hoffman Legal, LLC
99 E. Virginia Ave., Ste. 220
Phoenix, AZ  85004
(623) 565-8851

**Defendant**(s): **Trevor R. Milton , ;**

County of Residence: Outside the State of Arizona

Defendant's Atty(s):

**Terence Healy ,**
Hughes Hubbard & Reed LLP
One Battery Park Plaza, 12th floor
New York, NY  10004
(212) 837-6338

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

II. Basis of Jurisdiction:

**4. Diversity (complete item III)**

III. Citizenship of Principal Parties(**Diversity Cases Only**)

Plaintiff:-

**4 AZ corp or Principal place of Bus. in AZ**

Defendant:-

**2 Citizen of Another State**

IV. Origin :     **1. Original Proceeding**
V. Nature of Suit:     **890 Other Statutory Actions**

VI.Cause of Action:     **Uniform Fraudulent Transfer Act**

VII. Requested in Complaint

Class Action:     **No**

Dollar Demand:     **Equitable Relief**

Jury Demand:     **No**

VIII. This case **IS RELATED** to Case Number **CV-23-02635-PHX-DJH** assigned to Judge **Diane J Humetewa.**

**Signature:** /s/ Amy Wilkins Hoffman

    **Date:** 3/15/2024

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014