**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation, | No. CV-24-00563-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Trevor R Milton, | |
| Defendant. | |

Before the Court is Plaintiff Nikola Corporation's ("Nikola") Second Motion to Seal (Doc. 18).  Nikola seeks to file under seal a "Stock Activity Report" as an exhibit to its Response Brief (Doc. 16) to Defendant Trevor R. Milton's ("Milton") Motion for Extension of Time (Doc. 15).  Although the Court already granted Defendant's Motion for Extension of time in its March 21, 2024, Order (Doc. 17), Nikola represents it may want to refer to the exhibit at issue at the upcoming Temporary Restraining Order Hearing. (Doc. 18 at 1 n.1).  Upon review of the proposed exhibit (Doc. 19-1), it appears to be the same type of Stock Activity Report that the Court already concluded merits sealing from public access. (*See generally* Doc. 12).  Therefore, the Court will grant Nikola's Second Motion to Seal for the same reasons set forth in its March 20, 2024, Order (Doc. 12).

Accordingly,

/ / /

/ / /

/ / /

**IT IS ORDERED** that Plaintiff Nikola Corporation's Second Motion to Seal (Doc. 18) is **GRANTED**.  The Clerk of Court is kindly directed to seal the documents lodged at Doc. 19.

Dated this 22nd day of March, 2024.

Honorable Diane J. Humetewa
United States District Judge