**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation, | No. CV-24-00563-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Trevor R Milton, | |
| Defendant. | |

The Court is in receipt of an April 25, 2024, Letter filed by Hughes Hubbard & Reed on behalf of Defendant Trevor R. Milton ("Milton") (Doc. 41) (the "Letter"). Hughes Hubbard & Reed is a law firm representing Milton, and its Letter objects to the Court's April 25, 2024, Order (Doc. 40) (the "April Order") requiring Milton to produce documents responsive to Plaintiff Nikola Corporation's Request For Production ("RFP") Nos. 7 and 8[1] by noon on April 26, 2024. (*See generally id*.) Hughes Hubbard & Reed's position is that "[g]iven the confidential and sensitive personal financial information sought by [RFP Nos.] 7 and 8, . . . a protective order should be entered prior to producing the information sought by those Requests." (Doc. 41 at 1). Hughes Hubbard & Reed further represents that it will

---

[1] RFP No. 7 seeks "[d]ocuments and communications relating to any negotiation, discussion, or contemplation of the consideration to be received by You or an entity or another person resulting from the Transfers" of Nikola stock at issue in this case. (Doc. 29 at 17). RFP No. 8 seeks "[d]ocuments and communications sufficient to show the entire extent of Your assets and liabilities, including but not limited to Your monthly income and expenses. For the avoidance of doubt, the relevant time period for this Request is from November 17, 2023 through [March 27, 2024." (*Id*.)

not be possible to provide documents responsive to RFP No. 8 within 24 hours due to the breadth of Milton's assets. (*Id*.) So, Hughes Hubbard & Reed requests the following relief on behalf of Milton:

(1) the date for the production of documents responsive to Request 7 be modified, such that production would be due within 24 hours of the Court's entry of a protective order;

(2) the date for the production of documents responsive to Request 8 be modified, such that Mr. Milton will produce information showing the beginning and ending amounts of his bank balances on a monthly basis from November 17, 2023 to March 27, 2024 within 24 hours of the Court's entry of a protective order, and if that is not deemed sufficient to address Nikola's allegations, Mr. Milton will produce any additional information required to show the "entire extent" of his assets and liabilities within 30 days thereafter.

(*Id*. at 2).

The Court will construe the Letter as a motion for extension of time to respond to RFP Nos. 7 and 8 in light of relief sought.[2] And, given that RFP Nos. 7 and 8 seek information relating to Milton's personal financial information, the Court will grant Milton's requests that his response deadlines be modified to 24 hours after the Court issues a protective order.[3] However, the Court will not afford Milton the option to supplement his responses to RFP No. 8 within 30 days after his initial production. Milton *shall* supplement his initial production within 21 days thereafter, as Milton has been on notice of the Court's order for expedited discovery since March 27, 2024 (*See* Doc. 30), and cannot now claim he is unaware that his finances would be scrutinized. Milton is further cautioned that the Court will not entertain any further objections or extensions relating to RFP Nos. 7 and 8, absent extraordinary circumstances.

///

---

[2] Milton's Counsel is admonished for filing the objection in the form of letter as opposed to a motion in compliance with the Local Rules.

[3] The Court is in receipt of the parties' Joint Notice of Discovery Dispute (Doc. 42) with respect to entry of a protective order and will address the dispute by way of a separate order.

Accordingly,

**IT IS ORDERED** that the April 25, 2024, Letter filed by Hughes Hubbard & Reed on behalf of Defendant Trevor R. Milton (Doc. 41) is **construed** as a motion for extension of time to respond to Plaintiff Nikola Corporation's RFP Nos. 7 and 8 and **granted in part** as stated herein.

**IT IS FURTHER ORDERED** that the deadline for Milton to produce documents responsive to RFP No. 7 shall be extended to **within 24 hours of the Court's entry of a protective order.** No further extensions of this deadline will be granted absent extraordinary circumstances.

**IT IS FINALLY ORDERED** that the deadline for Milton to produce documents responsive to RFP No. 8 shall be modified as follows: Milton shall produce information showing the beginning and ending amounts of his bank balances on a monthly basis from November 17, 2023 to March 27, 2024 **within 24 hours of the Court's entry of a protective order**; and Milton shall produce any additional information required to show the entire extent of his assets and liabilities **within twenty-on (21) days thereafter**. No further extensions of these deadline will be granted absent extraordinary circumstances.

Dated this 30th day of April, 2024.

Honorable Diane J. Humetewa
United States District Judge