Troy A. Wallin, Esq. (No. 023522)
Chad A. Hester, Esq. (No. 022894)
WALLIN HESTER, PLC
Rome Towers
1760 E. Pecos Rd., Ste. 332
Gilbert, Arizona 85295
Email: *courtfilings@wallinhester.com*
Telephone: (480) 240-4150
Facsimile: (480) 240-4151

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Nikola Corporation, a Delaware corporation,<br><br>            Plaintiff,<br><br>v.<br><br>Trevor R. Milton and Chelsey Milton, husband and wife,<br><br>            Defendants. | No.: 2:24-cv-00563-SHD<br><br>**NOTICE OF PLAINTIFF NIKOLA CORPORATION CHAPTER 11 BANKRUPTCY FILING** |

Defendants Trevor R. Milton and Chelsey Milton, hereby provide notice to this Court of Plaintiff Nikola Corporation's filing of Chapter 11 Bankruptcy in the United States Bankruptcy Court for the District of Delaware, Case No. 25-10258 (TMH), filed February 19, 2025.

Dated: February 21, 2025

*/s/ Chad A. Hester*
Chad A. Hester, Esq. #022894
WALLIN HESTER, PLC
1760 E. Pecos Rd., STE 332
Gilbert, Arizona 85295

*Attorney for Defendants*

**Certificate of Service**

I hereby certify that on February 21, 2025, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ Chad A. Hester*
Chad A. Hester, Esq. #022894
WALLIN HESTER, PLC
1760 E. Pecos Rd., Ste. 332
Gilbert, Arizona 85295

*Attorneys for Defendants*