# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation, | No. CV-24-00563-PHX-SHD |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING USE OF CONFIDENTIAL DOCUMENTS IN RELATED LITIGATION** |
| Trevor R. Milton, et al., | |
| Defendants. | |

Plaintiff Nikola Corporation ("Nikola") and Defendants Trevor R. Milton ("Milton") and Chelsey Milton (together with Milton, "Defendants"), by and through counsel, hereby stipulate and agree as follows:

1. On May 2, 2024, the Court entered a Protective Order (Doc. 49) to govern discovery provided by the Parties and any non-party ("Discovery Material") in connection with the above-captioned action (the "Action").

2. Paragraph 15 of the Protective Order provides that "Confidential Information shall be used solely for the prosecution or defense of this Action." (*See* Doc. 49, Protective Order, at ¶ 15.) The Protective Order further provides that a party may use Confidential Information for a purpose other than the prosecution or defense of this Action by agreement of the party that designated the Discovery Material as Confidential Information. (*See* Doc. 49, Protective Order, at ¶¶ 15, 18.)

3. The Parties have agreed that Discovery Material designated as "Confidential Information" by Defendants in this Action may be used by Nikola in (i) *Nikola Corporation v. Trevor R. Milton*, No. CV-23-02635-PHX-DJH (D. Ariz.) and (ii) any efforts to execute and collect the Amended Judgment entered against Milton on November 4, 2024. (*See* Doc. 49, Amended Judgment, entered and filed in *Nikola Corporation v. Trevor R. Milton*, No. CV-23-02635-PHX-DJH (D. Ariz.).)

Dated: February 20, 2026

**KASOWITZ LLP**

By: */s/ Thomas J. Amburgy*

    Marc E. Kasowitz
    Daniel J. Fetterman
    Thomas J. Amburgy
    1633 Broadway
    New York, New York 10019
    Tel: (212) 506-1700
    MKasowitz@kasowitz.com
    DFetterman@kasowitz.com
    TAmburgy@kasowitz.com

**FROST LLP**

    Amy Wilkins Hoffman
    3200 N. Central Ave., Ste. 1200
    Phoenix, AZ 85012
    Tel: (480) 466-7005
    amyh@frostllp.com

*Counsel for Nikola Corporation*

**WALLIN HESTER, PLC**

By: */s/ Chad A. Hester*

    Chad A. Hester
    Rome Towers
    1760 East Pecos Road, Ste. 332
    Gilbert, AZ 85295
    Tel: (480) 240-4150
    c.hester@wallinhester.com

*Counsel for Trevor R. Milton and Chelsey Milton*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System, which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

Dated:  February 20, 2026

                                      By: */s/ Thomas J. Amburgy*
                                                Thomas J. Amburgy