Marc E. Kasowitz (*Admitted pro hac vice*)
Daniel J. Fetterman (*Admitted pro hac vice*)
Thomas J. Amburgy (*Admitted pro hac vice*)
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
MKasowitz@kasowitz.com
DFetterman@kasowitz.com
TAmburgy@kasowitz.com

Amy Wilkins Hoffman (SB# 022762)
**FROST LLP**
3200 N. Central Ave., Ste. 1200
Phoenix, AZ 85012
Tel: (480) 466-7005
amyh@frostllp.com

*Counsel for Nikola Corporation*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Trevor R. Milton and Chelsey Milton,<br><br>Defendants. | No. CV-24-00563-PHX-SHD<br><br><br>**JOINT STIPULATION TO EXTEND CASE MANAGEMENT ORDER DEADLINES**<br>**(Second Request)** |

Plaintiff Nikola Corporation and Defendants Trevor R. Milton and Chelsey Milton, (collectively, the "Parties") hereby enter the following stipulation to vacate and extend certain deadlines set forth in the Case Management Order (Doc. 98), dated October 14, 2025, and the Court's February 9, 2026 Order (Doc. 107). This is the Parties' second request for an extension (*see* Doc. 106). The Parties determined that, given that the upcoming judgment debtor examination of Defendant Trevor R. Milton scheduled for May 14, 2026 in *Nikola v. Milton*, 2:23-cv-02635-DJH-DMF, may reduce the number and scope of necessary depositions in this matter, good cause exists to modify the current deadlines, as reflected herein.

Accordingly, pursuant to L.R. 7.3, the parties request that the deadlines in the existing Case Management Order and the Court's February 20, 2026 Order be altered as follows:

1.      Fact Discovery. The deadline for completion of fact discovery, including discovery by subpoena and all disclosures required under Rule 26(a)(3), shall be August 8, 2026. To ensure compliance with this deadline, the following rules shall apply:

a.      Depositions. All depositions shall be scheduled to start at least **5 business days** before the discovery deadline. A deposition started five days before the deadline may continue up until the deadline, as necessary.

b.      Written Discovery. All interrogatories, requests for production of documents or tangible things under Rule 34, and requests for admissions shall be served at least **45 days** before the fact discovery deadline.

2.      Dispositive Motions. Dispositive motions shall be filed no later than December 18, 2026.

3.      Deadline for Notice of Readiness for Trial. The plaintiff(s) shall notify the Court that the parties are ready to proceed to trial. The plaintiff(s) shall file and serve this notice within **7 days** after the dispositive motion deadline if no dispositive motions are pending on that date. If dispositive motions are pending, the plaintiff(s) shall file and serve such notice within **7 days** after the resolution of the dispositive motions.

2

Dated:  April 22, 2026

Respectfully submitted,

**KASOWITZ LLP**

By: */s/ Thomas J. Amburgy*

Marc E. Kasowitz (*Admitted pro hac vice*)
Daniel J. Fetterman (*Admitted pro hac vice*)
Thomas J. Amburgy (*Admitted pro hac vice*)
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
MKasowitz@kasowitz.com
DFetterman@kasowitz.com
TAmburgy@kasowitz.com

**FROST LLP**

Amy Wilkins Hoffman (SB# 022762)
3200 N. Central Ave., Ste. 1200
Phoenix, AZ 85012
Tel: (480) 466-7005
amyh@frostllp.com

*Counsel for Nikola Corporation*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal to registered CMF participants.

Dated:  April 22, 2026

By: */s/ Thomas J. Amburgy*
Thomas J. Amburgy (*admitted pro hac vice*)
**KASOWITZ LLP**
New York, New York 10019
Tel: (212) 506-1700

*Attorney for Plaintiff Nikola Corporation*

4